## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of December, 2007 I caused to be served true and correct copies of Defendant's Reply Memorandum of Law In Support of Its Motion to Dismiss the Complaint and to Compel Arbitration, via hand-delivery on Plaintiff's counsel of record at the following address:

David Gottlieb, Esq.
Mark L. Lubelsky and Associates
123 West 18th Street, 18th Floor
New York, New York 10011

_____
Liane Chinwalla, Esq.